**Abdur R. SHABAZZ, Plaintiff–Appellant,**

v.

**Helen F. FAHEY, Chairwoman, Virginia Pardon and Parole Board; Gene Johnson, Director, Virginia Department of Corrections, Defendants–Appellees.**

No. 04–7109.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Nov. 29, 2004.

Abdur R. Shabazz, Appellant pro se.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abdur R. Shabazz appeals the district court's order that dismissed his action, which the court construed as filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shabazz v. Fahey,* No. CA–04–344–2 (E.D. Va. June 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*